IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF WEST VIRGINIA
MARTINSBURG

**JOHN SAMUEL LEIGH,**
      Petitioner,

v.                           **CIVIL ACTION NO. 3:04CV22**
                               **CRIMINAL ACTION NO. 3:00-CR-57-25**
                               **(BROADWATER)**

**UNITED STATES OF AMERICA,**
      Respondent.

## ORDER ADOPTING REPORT AND RECOMMENDATION

On this day the above styled case came before the Court for consideration of the Report and Recommendation of Magistrate Judge James E. Seibert, dated June 3, 2005. The petitioner did not file objections to the Report. After reviewing the above, the Court is of the opinion that the Magistrate Judge's Report and Recommendation **(Docket # 1094)** should be and is hereby **ORDERED** adopted.

    The Court thus **ORDERS**

    1) petitioner's § 2255 motion **(Docket # 1026)** is **DENIED WITH PREJUDICE** based on the reasons set forth in the Magistrate Judge's Report and Recommendation;

    2) petitioner's motion for entry of default **(Docket # 1039)** is **DENIED WITH PREJUDICE**;

    3) petitioner's motion for extension of time to file **(Docket #1040)** is **DENIED** as **MOOT**;

    4) defendant's motion to continue or in the alternative to stay **(Docket # 1045)** is **DENIED** as **MOOT**; and

    4) this action is hereby **STRICKEN** from the active docket of this Court.

The Clerk is directed to transmit true copies of this Order to the petitioner, counsel of record

herein, and the Honorable James E. Seibert.

**DATED** this 27th day of December, 2005.

/s/ W. Craig Broadwater
W. CRAIG BROADWATER
UNITED STATES DISTRICT JUDGE